UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERESA LATIMORE,

Plaintiff,

CASE NO.:  6:16-CV-01682-CEM-GJK

-vs-

FIRST PREMIER BANK,

Defendant.

_____/

### NOTICE OF SETTLEMENT

Plaintiff, Teresa Latimore, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: Charles W. Denny, IV (cdenney@dglawyers.com) 401 N. Cattleman Rd, Suite 300 Sarasota FL 34232 via Email on this 23 day of June, 2017.

/s/ Amy Ferrera
Amy Ferrera, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
amferrera@forthepeople.com
afloyd@forthepeople.com
Florida Bar #:  15313
Attorney for Plaintiff